UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOLIDAY OLJII ANNA PEDOTTI, II,<br><br>                    Plaintiff,<br><br>-against-<br><br>GRAND LODGE OF THE STATE OF NEW YORK; JOSEPH PASSARETTI PROJECT CHAIRMAN; TED HARRISON COMMITTEE CHAIRMAN MASONIC FRATERNITY; RW BRUCE TESTUT CHAIRMAN MASONIC BROTHERHOOD FUND; AUDIT COMMITTEE; NECROLOGY COMMITTEE; TECHNOLOGY COMMITTEE; WILLIAM J. THOMAS OF THE MASONIC BLOOD AND ORGAN DONOR PROGRAM COMMITTEE; MILITARY OUTREACH PROGRAM; AURORA GRATA-DAY STAR LODGE NO. 647 COMMUNITY ORGANIZATION; CHANCELLOR ROBERT R. LEVINE LIBRARY AND MUSEUM IN NEW YORK; THE BROTHERHOOD FUND OF GRAND LODGE OF THE STATE OF NEW YORK; DR. WILLIAM ALEXANDER BERK MD OF MT. SINAI BETH ISRAEL MANHATTAN; MASONIC MEDICAL RESEARCH INSTITUTE (MMRI) NEW YORK, NEW YORK; BKPD IN KINGS COUNTY; ANTHONY DAMO AKA ANTHONY DANO; DAMO CONSTRUCTION JAMAICA, NEW YORK; THE ESTATE OF CLEMENTE DAMO OR TRUST FOR CLEMENTE DAMO AND LILIANA DAMO & ALL ESTATE OR TRUST IN UNITED STATES, COLUMBIA OR PORTUGAL; ERIC A. JOHNSON; THE ERIC A. JOHNSON SURVIVOR TRUST ET AL. OF THE AUDREY B. JOHNSON AND ERIC A. JOHNSON LIVING TRUST; REZI NAMAZI REAL ESTATE ET AL THE NEW YORK ROMANTIC HASH HALPER ESTATE; THE CHURCH OF | 22-CV-6296 (LTS)<br><br>CIVIL JUDGMENT |

| |
|---|
| SCIENTOLOGY DUSTIN MUSCATO AND AMANDA MINTZ; RANDOLPH K. ADLER JR. RK ADLER LAW ASCENDING VENTURES, ET AL.; BROOKLYN MASONIC TEMPLE; MOUNT SINAI ALL SUBSIDIARIES AND RESEARCH ORGANIZATIONS, ETC., <br><br>                                          Defendants. |

For the reasons stated in the September 27, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 27, 2022
         New York, New York

                                                     /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                 Chief United States District Judge